United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Delores Samuel, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL NO. 4:22-CV-02900 |
| City of Houston, Texas, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

A Status Conference shall take place before:

Judge Dena Hanovice Palermo

**Thursday, April 25, 2024, at 2:30 PM**

by video

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

Parties will receive a zoom link by email. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of federal court proceedings (including those held by telephone or videoconference). Recording of a federal court proceeding held by video or teleconference is strictly prohibited. Violation of these rules may result in

the denial of entry to future hearings or any other sanction deemed necessary by the Court.

Signed on March 13, 2024, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge