United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kyle Samuel, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL NO. 4:22-CV-2900 |
| City of Houston., | § § | |
| Defendant. | § § § | |

## **AMENDED ORDER**

The Status Conference has been reset before:

Judge Dena Hanovice Palermo

**Thursday, October 31, 2024 at 10:00 am**

by video

Parties will receive a new zoom link by email.

Signed on October 28, 2024, at Houston, Texas.

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge

1 / 1