Case 4:22-cv-02900   Document 63   Filed on 10/31/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DELORES SAMUEL, individually, and MAYA THORN, as NEXT FRIEND of MINOR S.T., and on behalf of the estate of JULIUS PAYE KEHYEI, Decedent, | § § § § § § | |
| *Plaintiffs*, | § § | Case No. 4:22-CV-2900 |
| vs. | § § § | |
| CITY OF HOUSTON, *et al.*, | § § § | |
| *Defendants*. | § | |

## MINUTE ENTRY ORDER

On October 31, 2024, the Court held a status conference. Counsel gave an update on discovery. Plaintiffs' counsel continues to have discovery issues related to whether the decedent possessed a firearm immediately prior to his death, namely whether testing on the firearm shows his DNA was present. The Court ordered that on or before November 6, 2024, Defendants' counsel shall produce the specific documents they contend show the decedent's DNA on the firearm. Plaintiffs' counsel shall then review production and evaluate the merits of their case. On or before November 18, 2024, Plaintiffs' counsel shall file a status report advising whether production occurred, what their review entailed, and their responsive actions. If Plaintiffs intend to proceed after evaluation of the DNA evidence, since Plaintiffs' counsel has a trial in November, the Court will reset all deadlines.

The Court sets this matter for a status conference on February 6, 2025 at 10:30 a.m. A zoom link will be sent via email.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 31, 2024.

*Dena Palermo*

Dena Hanovice Palermo
United States Magistrate Judge