IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, et al. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-2900 JURY TRIAL DEMANDED |
| CITY OF HOUSTON, TEXAS, et al. | § § § | |
| Defendants. | § | |

**PLAINTIFFS' STATUS REPORT ON PRODUCTION OF DOCUMENTS**

COME NOW, Delores Samuel and Maya Thorn, as next friend of S.T., and on behalf of the estate of Julius Paye Kehyei ("Kehyei"), decedent, and provide a status report to the Court as follows:

Pursuant to the Court's minute entry dated December 11, 2024 (Doc. 65), Plaintiffs advise the Court that production occurred on or before December 31, 2024. Based on the documents produced by the Defendants, there still remain a conflict as to whether a gun was actually found on or near Kehyei. As of this date, the Plaintiffs intend to proceed with this lawsuit. As such, the Plaintiffs respectfully request that the deadlines in the scheduling order need to be adjusted to allow the Plaintiffs additional time to depose the first responding officers and to determine which expert witnesses will be retained by the Parties. The Parties will confer to determine new deadlines to conduct discovery and to designate experts.

Respectfully Submitted,

By: */s/* Daryl K. Washington
**Daryl K. Washington**
TX Bar No. 24013714
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214-880-4883 (P)
214-751-6685 (F)
dwashington@dwashlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ Daryl K. Washington
DARYL K. WASHINGTON