# EXHIBIT A

(under seal)

Offense report
#1127366-2020