# EXHIBIT B

(under seal)

IAD #56514-2020