# EXHIBIT C



DEFENDANTS_SAMUEL_000257

CONFIDENTIAL



DEFENDANTS_SAMUEL_000258