# EXHIBIT D

(under seal)

SIU #1127366-20