# EXHIBIT E

Rincones Bodycam

(Provided on CD)