# EXHIBIT F

# Ballard Bodycam

# (Provided on CD)