# EXHIBIT G

Evans Bodycam

(Provided on CD)