# EXHIBIT H

# Dexter  Bodycam

# (Provided on CD)