IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, KYLE SAMUEL and MAYA THORN as NEXT FRIEND OF MINOR, S.T., <br>   Plaintiffs, <br><br> V. <br><br> CITY OF HOUSTON, TEXAS, K. DREY, *Individually*, and JOHN DOE HPD OFFICERS 1-10, <br>   Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-2900 |

## PLAINTIFFS' TRIAL WITNESSES

Pursuant to the Court's First Amended Scheduling/Docket Control Order dated August 19, 2024 (Dkt. No 60), Plaintiffs Dolores Samuel, individually, and Maya Thorn as Next Friend of S.T., the minor daughter of Julius Paye Kehyei and on behalf of the Estate of Julius Paye Kehyei, ("Kehyei") deceased, file their trial witness list. Plaintiffs reserve the right to amend their list to include witnesses that they could have not reasonably anticipated to be necessary.

**(i) - The names and, if not previously provided, the address of each witness - separately identifying those the party expects to present and those it may call if the need arises.**

| Witness | Address | Anticipated Testimony |
|---|---|---|
| Dolores Samuel | c/o counsel for Plaintiff Washington Law Firm, P.C. 325 N. St. Paul, Suite 3950 Dallas, Texas 75201 | Dolores Samuel is the mother of Julius Paye Kehyei. Mrs. Samuel has knowledge of the incident resulting in Julius's injuries and death. Dolores will provide testimony regarding the events leading up to Julius's death. Dolores will provide testimony regarding the funeral expenses. Dolores will provide testimony as to how the loss of her son has impacted her financially, physically and |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | | mentally. Dolores will also provide testimony regarding the relationship Julius had with his daughter and how he supported her. Dolores will also discuss how Julius's death has impacted his daughter. |
| Maya Thorn as Next Friend of S.T. | c/o counsel for Plaintiff Washington Law Firm, P.C. 325 N. St. Paul, Suite 3950 Dallas, Texas 75201 | Maya Thorn, the mother of Julius's minor daughter has knowledge of the incident resulting in Julius's injuries and death. Maya will provide testimony regarding the relationship Julius had with his daughter and how he supported her. Maya will also discuss how Julius's death has impacted his daughter. Maya will discuss the support she received from Julius for his minor daughter. |
| Julian Gravesande | | Julian Gravesande will testify regarding the relationship between Julius and his mother. Julian will also testify regarding the impact the death of Julius has had on his mother and child. |
| Kyle Drey | c/o Alexander Garcia City of Houston Legal Department P.O. Box 368 Houston, TX 77001 | The Defendant has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Luis Lopez | c/o Alexander Garcia City of Houston Legal Department P.O. Box 368 Houston, TX 77001 | Luis Lopez has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Luis investigated the incident and documented the walk thru. |
| Matthew Millington | c/o Alexander Garcia City of Houston Legal | Matthew Millington has knowledge of the incident resulting in Julius Paye |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | Department<br>P.O. Box 368<br>Houston, TX 77001 | Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Matthew investigated the incident and documented the walk thru. |
| Domenick Alagna | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | D. Alagna has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. D. Alagna had contact with Julius shortly before the shooting incident. |
| Scott Holder | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | S. Holder has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. S. Holder had contact with Julius shortly before the shooting incident. |
| Connor Evans | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | C. Evans has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. C. Evans had contact with Julius shortly before the shooting incident. |
| Victor Regla | c/o Alexander Garcia<br>City of Houston Legal Department | V. Regla has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | P.O. Box 368<br>Houston, TX 77001 | procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. V. Regla was assigned to persons of interest and went back to the scene to search for a weapon. |
| Michael Mulcahey | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | T. Mulcahey has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Gustavo Barron | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | G. Barron has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Observed Julius moving from side to side after being shot. |
| Jesse Seay | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | J. Seay has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Observed Julius moving from side to side after being shot. |
| Greyson Wilson | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | GG Wilson has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | | provided by the Houston Police Department, and the actions of the Houston Police Department. Observed Julius moving from side to side after being shot. |
| Danny Flores | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | D. Flores has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Observed Julius moving from side to side after being shot. |
| Silvia Martinez | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | SL Martinez has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Steven Hamala | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Hamala has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Russell Phillips | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Phillips has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Cody Bellard | c/o Alexander Garcia<br>City of Houston Legal | Bellard has knowledge of the incident resulting in Julius Paye Kehyei's |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | Department<br>P.O. Box 368<br>Houston, TX 77001 | injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Jonathan Garza | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Garza has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Jorge Rincones | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Rincones has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Luis Ramirez | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Ramirez has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Kristi Young | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, Texas 77054<br>832.927.5095 | Kristi Young assisted with processing the crime scene and will testify to what her responsibilities were. Kristi Young drafted a reference sketch of the scene, recorded approximate measurements of the scene and captured a FARO scan to document a 3D Measurement and imaging of the crime scene. |
| Kalee Winford | Harris County Institute of Forensic Sciences | Assisted with Gun Shot Residue evidence collection |

| Witness | Address | Anticipated Testimony |
|---|---|---|
|  | 1861 Old Spanish Trail<br>Houston, Texas 77054<br>832.927.5095 |  |
| K. Wingert | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, Texas 77054<br>832.927.5095 | Performed the charting on the weapon that allegedly belonged to Julius. |
| C. Haynes | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | C. Haynes has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. C Haynes will testify to the crime scene diagram he created. |
| **Possible Witness:** | **Address** | **Anticipated Testimony** |
| Maggie Zufall | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | M.L. Zufall has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Observed Julius crawl out of the bushes after being shot. |
| Andrew Giles | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | A.K. Giles has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Todd Phillips | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Todd Phillips has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | | Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Todd was the first to arrive at the scene. |
| Art Acevedo | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Chief Acevedo has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. |
| Scott Holder | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Holder has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Holder was one of the first officers who made contact with Julius. |
| Cody Ballard | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Ballard has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the Houston Police Department, and the actions of the Houston Police Department. Ballard was one of the first officers who made contact with Julius. |
| J. Garza | c/o Alexander Garcia<br>City of Houston Legal Department<br>P.O. Box 368<br>Houston, TX 77001 | Garza has knowledge of the incident resulting in Julius Paye Kehyei's injuries, the policies and procedures regarding the use of excessive force, the violation of Julius Paye Kehyei's civil rights, training provided by the |

| Witness | Address | Anticipated Testimony |
|---|---|---|
| | | Houston Police Department, and the actions of the Houston Police Department. Garza was one of the first officers who made contact with Julius. |
| Michael David Pulk | 1325 Hyde Park Boulevard Houston, Texas 77006 | Pulk has knowledge of the incident resulting in Julius Paye Kehyei's injuries and subsequent death. |
| Monty D. Northern | 1325 Hyde Park Boulevard Houston, Texas 77006 | Northern has knowledge of the incident resulting in Julius Paye Kehyei's injuries and subsequent death. |
| Ashley Dellagiacoma | 2515 Waugh Drive Houston, Texas 77006 | Dellagiacoma has knowledge of the incident resulting in Julius Paye Kehyei's injuries and subsequent death. |
| **Experts:** | **Address:** | **Anticipated Testimony** |
| Daryl K. Washington **(Post Trial)** | Washington Law Firm, P.C. 325 N. St. Paul, Suite 3950 Dallas, TX 75201 | Mr. Washington is the managing partner of the Washington Law Firm, P.C. and will prove up the business records of the Washington Law Firm, P.C. and will testify regarding his agreement with Plaintiff. Mr. Washington will also provide testimony regarding the reasonable and necessary attorneys' fees incurred by Plaintiffs in prosecuting their claim. |
| **Non-Retained Experts:** | **Address** | **Anticipated Testimony** |
| Dr. Paulyann Maclayton, MD | Harris County Institute of Forensic Sciences 1861 Old Spanish Trail Houston, Texas 77054 832.927.5095 | Dr. Maclayton performed the autopsy on Julius Kehyei. It is expected that Dr. Maclayton will give an opinion that Julius died as a result of gunshot wounds to the chest. Dr. Maclayton will testify to all injuries sustained by Julius Kehyei as documented in the autopsy report. Dr. Maclayton will testify regarding the range of fire, the trajectory of the fired shot and whether Julius experienced conscious pain and suffering. The opinions are more fully expressed in the Autopsy Report he completed regarding the subject death. |

Plaintiffs reserve the right to call any other witness listed by any other party to this litigation.

                              Respectfully submitted,

                              By: /s/ Daryl K. Washington
                              DARYL K. WASHINGTON
                              State Bar No. 24013714
                              **WASHINGTON LAW FIRM, P.C.**
                              325 N. St. Paul, Suite 3950
                              Dallas, Texas 75201
                              (214) 880-4883 – Telephone
                              (214) 751-6685 – Facsimile
                              Email: dwashington@dwashlawfirm.com

                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

                              /s/ Daryl K. Washington
                              Daryl K. Washington