IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, KYLE SAMUEL and MAYA THORN as NEXT FRIEND OF MINOR, S.T., <br>     Plaintiffs, <br><br> V. <br><br> CITY OF HOUSTON, TEXAS, K. DREY, *Individually*, and JOHN DOE HPD OFFICERS 1-10, <br>     Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-2900 |

**PLAINTIFFS' OBJECTIONS TO
DEFENDANTS' TRIAL EXHIBIT LIST**

Pursuant to the Court's First Amended Scheduling/Docket Control Order dated August 19, 2024 (Dkt. No 60), Plaintiffs Dolores Samuel, individually, and Maya Thorn as Next Friend of S.T., the minor daughter of Julius Paye Kehyei and on behalf of the Estate of Julius Paye Kehyei, ("Kehyei") deceased hereby files their objections to Defendants' Exhibit List (Doc. No. 79).

**I.**

**OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS**

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| 1. | HPD Offense Reports BS #000001-000208 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained <br> ☐ Overruled <br> ☐ Modified |
| 2. | Houston Forensic Science Lab Reports, BS#000209-000255 | Hearsay; Confusing | ☐ Sustained <br> ☐ Overruled |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| | | Misleading Prejudice Prejudice | ☐ Modified |
| 3. | Crime Scene Photos of Revolver, BS#000256-000258 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained ☐ Overruled ☐ Modified |
| 4. | Officer Kyle Drey T Cole Records BS #000977-000993 | Hearsay; FRE 402 FRE 403 | ☐ Sustained ☐ Overruled ☐ Modified |
| 5. | Officer Kyle Drey Training Records, BS #000994-001007 | Hearsay; Not relevant | ☐ Sustained ☐ Overruled ☐ Modified |
| 6. | Houston Forensic Science DNA Lab Report, BS#002804-002807 | Hearsay; FRE 402 FRE 403 | ☐ Sustained ☐ Overruled ☐ Modified |
| 7. | Officer Rincones Statement, BS #000339-000340 | Hearsay | ☐ Sustained ☐ Overruled ☐ Modified |
| 8. | Officer Kyle Drey Statement, BS #000341-000343 | Hearsay | ☐ Sustained ☐ Overruled ☐ Modified |
| 9. | Officer Steven Hamala Statement, BS #000337-000339 | Hearsay Confusing Misleading Prejudice | ☐ Sustained ☐ Overruled ☐ Modified |
| 10. | Houston Special Investigation Unit File, BS #001487-001872 | Hearsay Confusing Misleading Prejudice | ☐ Sustained ☐ Overruled ☐ Modified |
| 11. | HPD General Orders, BS #002358-002422 | | ☐ Sustained ☐ Overruled ☐ Modified |
| 12. | Officer Ballard BWC BS#001475 | Hearsay Confusing | ☐ Sustained |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| | | Misleading Prejudice | ☐ Overruled<br>☐ Modified |
| 13. | Officer Rincones BWC BS#001478 | Hearsay<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 14. | Officer Dexter BWC BS#001479 | Hearsay<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 15. | Officer Evans BWC BS #001476 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 16. | Officer Garza BWC BS#001477 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 17. | Officer Holland BWC BS#001483 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 18. | Officer Jesse Seay BWC BS#001484 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 19. | Officer Hudeck BWC BS#1480 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 20. | Officer Garrett BWC BS#1481 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 21. | Officer Sutton BWC BS#1482 | Hearsay;<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 22. | Officer Giles BWC BS#1474 | Hearsay;<br>Confusing | ☐ Sustained |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| | | Misleading Prejudice | ☐ Overruled<br>☐ Modified |
| 23. | HPOU Meet and Confer | Hearsay;<br>FRE 402<br>FRE 403 | ☐ Sustained<br>☐ Overruled<br>☐ Modified |

Respectfully submitted,


By: /s/ Daryl K. Washington

DARYL K. WASHINGTON
State Bar No. 24013714
**WASHINGTON LAW FIRM, P.C.**
325 N. St. Paul, Suite 3950
Dallas, Texas 75201
(214) 880-4883 – Telephone
(214) 751-6685 – Facsimile
Email: dwashington@dwashlawfirm.com

**ATTORNEYS FOR PLAINTIFF
LAVERIA HARPER**

## CERTIFICATE OF SERVICE

I hereby certify that on, the foregoing pleading was filed on August 5, 2025, with the clerk of The Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of The Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

   /s/Daryl K. Washington
DARYL K. WASHINGTON