| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Delores Samuel §
§
§ CASE NO. 4:22cv2900
§
§
§

v.

City of Houston, TX.
et al

United States Courts
Southern District of Texas
FILED

*August 05, 2025*

Nathan Ochsner, Clerk of Court

2 CDs

_____
_____
_____
_____
_____

DOCUMENT IS:

[✓] LOOSE IN FILE

[ ] IN VAULT SEALED

[ ] IN BROWN EXPANDABLE FOLDER

INSTRUMENT # 95