Case 4:22-cv-02900   Document 97   Filed on 08/05/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, KYLE SAMUEL and MAYA THORN as NEXT FRIEND OF MINOR, S.T., <br><br>*Plaintiff*, <br>VS. <br><br>CITY OF HOUSTON, TEXAS, K. DREY, Individually, and JOHN DOE HPD OFFICERS 1-10, <br><br>*Defendants*. | § § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. 4:22-cv-2900 |

## ORDER

Before the Court is Defendants City of Houston and Officer Kyle Drey's Motion for Leave to File Motion for Summary Judgment (ECF 68), Motion for Summary Judgment (ECF 69), Motion to Seal Summary Judgment Exhibits A, B, and D (ECF 70), and Motion to Exclude Damages (ECF 77).

Defendants' Motion to Seal Summary Judgment Exhibits (ECF 70) is **GRANTED.**

All other motions are **DENIED** (ECF 68, 69, 77). Defendants' dispositive motion deadline was February 17, 2025. Defendants did not file any of these motions until August 4th, 2025—just one week before trial. The Court finds no good cause to consider or grant leave on such motions at this late stage—particularly given the fact that it would be nearly impossible for any party to submit responsive briefings at this point.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th of August, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

Case 4:22-cv-02900   Document 97   Filed on 08/05/25 in TXSD   Page 2 of 2