IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, KYLE SAMUEL and MAYA THORN as NEXT FRIEND OF MINOR, S.T.,** § § § § § § §<br>    *Plaintiffs*, §<br> §<br>**V.** §<br> §<br>**CITY OF HOUSTON, TEXAS, K. DREY,** §<br>*Individually*, **and JOHN DOE HPD** §<br>**OFFICERS 1-10,** §<br>    *Defendants*. § | CIVIL ACTION NO. 4:22-cv-2900 |

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST

Defendants City of Houston and Officer Kyle Drey ("Defendants") file these Objections to Plaintiffs' Trial Exhibit List (Doc. 86-2). Defendants request that the Court exclude the listed exhibits as set forth below:

### BACKGROUND AND GENERAL OBJECTIONS

1.  Plaintiffs' Exhibit List, which was first produced to Defendants *after* the filing of the Parties Joint Pre-Trial conference motion, contains vague descriptions of proposed exhibits, many of which were never produced during discovery. Discovery closed on January 31, 2025 (Doc. 60), and Plaintiffs failed to disclose or produce these items in their initial disclosures (June 5, 2024) or supplement. This violates FRCP 26(a)(1)(A)(ii), which requires parties to disclose "a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses." Under FRCP 37(c)(1), undisclosed evidence must be excluded unless the failure was substantially justified or harmless, a burden Plaintiffs cannot meet, as they

provided no justification and the non-disclosure prejudices Defendants' preparation. *See CQ, Inc. v. TXU Mining Co.*, 565 F.3d 268, 279-80 (5th Cir. 2009)

2. Additionally, Defendants object to Plaintiffs' Exhibits in its entirety for failure to comply with Rule 26(a)(3)(c) of the Federal Rules of Civil Procedure. Plaintiffs did not appropriately identify each document or exhibit, but vaguely and globally identified documents without any specificity. Defendants had (and still have) no notice of the exact exhibits to be used by Plaintiffs. As such, Defendants move to strike Plaintiffs' exhibits for failure to comply with Rule 26(a)(3)(c) of the Federal Rules of Civil Procedure. (*See* also FRCP 37(c)(1)).

3. Lastly, many exhibits (particularly photos) are unduly prejudicial under FRE 403, as their probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, or misleading the jury. Defendants object as follows:

| Exhibit # | Description | Objection | Authority |
|---|---|---|---|
| 1 | Picture of Julius and his mother | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 2 | Picture of Julius | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 3 | Picture of Julius as a Kid | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 4 | Picture of Julius and Maya | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); |

2

|   |   |   | FRE403 |
|---|---|---|---|
| 5 | Picture of Julius playing with brother | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 6 | Picture of Julius with siblings | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 7 | Julius's baby picture with mother | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 8 | Family photo | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 9 | Baby picture of Julius | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 10 | Picture of Julius and mom | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 11 | Pictures of S.T. with mother | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 12 | Picture of S.T. with mother | Vague and undisclosed. No description provided, preventing identification or | FRCP 26(a)(1)(A)(ii); |

| | | authentication. Not produced in discovery. | 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
|---|---|---|---|
| 13 | Picture of S.T. | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 14 | Picture of S.T. at birthday party | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 15 | Death Certificate | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1); FRE403 |
| 16 | Crime Scene Diagram | Vague and undisclosed. No description provided, preventing identification or authentication. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1) |
| 17 | DNA Test Results | Vague and undisclosed. No description provided, preventing identification or authentication. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1) |
| 18 | Autopsy Report | Vague and undisclosed. No description provided, preventing identification or authentication. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1) |
| 19 | Lab Report | Vague and undisclosed. No description provided, preventing identification or authentication. | FRCP 26(a)(1)(A)(ii); FRCP 37(c)(1) |
| 20 | Raw Video of the Crime Scene https://www.khou.com/article/news/local/officer-involved-shooting-suspect-injured-waugh-drive/285-86e43fe1-8ec1-4eb1-b8c8- | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1) |

| | | | |
|---|---|---|---|
| | adc50e37aae5 | | |
| 21 | Chief Art Acevedo Press Conference https://abc13.com/post/gunman-shot-and-killed-by-officer-after-shooting-at-hpd-vehicle/6389553/ | Vague and undisclosed. No description provided, preventing identification or authentication. Not produced in discovery. | FRCP 802; 26(a)(1)(A)(ii); 26(a)(3)(c) FRCP 37(c)(1) |
| 22 | Charles Dexter's bodycam | | |
| 23 | Daryl Hudeck's bodycam | | |
| 24 | Gunshot Residue Report | Vague. No description provided, preventing identification or authentication. | 26(a)(3)(c) FRCP 37(c)(1) |
| 25 | Use of Force Policy | Vague. No description provided, preventing identification or authentication | 26(a)(3)(c) FRCP 37(c)(1) |
| 26 | OIS incidents | Vague. No description provided, preventing identification or authentication | 26(a)(3)(c) FRCP 37(c)(1) FRE 1006 |
| 27 | Crime Scene Photos | Vague. No description provided, preventing identification or authentication graphic photos prejudicial (inflame jury) | 26(a)(3)(c) FRCP 37(c)(1) |
| 28 | Video of shooting incident with Tahoe Truck | Vague. No description provided, preventing identification or authentication | 26(a)(3)(c) FRCP 37(c)(1) |
| 29 | Video of crime scene prior to shooting | Vague. No description provided, preventing identification or authentication | 26(a)(3)(c) FRCP 37(c)(1) |
| 30 | Video of Shooting involving police vehicle | Vague. No description provided, preventing identification or authentication | 26(a)(3)(c) FRCP 37(c)(1) |

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY L. MARTIN
Chief, Torts & Civil Rights Section

Date: August 6, 2025.　　　　By:　*/s/ Alexander Garcia*

5

        Alexander Garcia
Assistant City Attorney
ATTORNEY IN CHARGE
SBN:  24104429
FBN:  3852904
832.393.6293
alexander.garcia@houstontx.gov
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2025, a true and correct copy of the foregoing document, and any attachments, were delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, and alternatively via e-mail and/or facsimile transmission, to:

Daryl K. Washington
Washington Law Firm, PC
325 N. St. Paul St., Suite 3950
Dallas, TX 75201

        */s/ Alexander Garcia*
        Alexander Garcia