**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Delores Samuel, et al.
   *Plaintiff(s),*

v.                                                                               Case No. 4:22−cv−02900

City of Houston, Texas, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Final Pretrial Conference**
RE: Notice of Setting (FORM, noticing) − Civil − #96

DATE:   **8/7/2025**

TIME:   **04:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                          Date: August 7, 2025

By Deputy Clerk, A. Rivera