IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, KYLE SAMUEL and MAYA THORN as NEXT FRIEND OF MINOR, S.T.,<br>　　　Plaintiffs,<br><br>V.<br><br>CITY OF HOUSTON, TEXAS, K. DREY, *Individually*, and JOHN DOE HPD OFFICERS 1-10,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 4:22-cv-2900 |

## PLAINTIFFS' AMENDED OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST

Pursuant to the Court's First Amended Scheduling/Docket Control Order dated August 19, 2024 (Dkt. No 60), Plaintiffs Dolores Samuel, individually, and Maya Thorn as Next Friend of S.T., the minor daughter of Julius Paye Kehyei and on behalf of the Estate of Julius Paye Kehyei, ("Kehyei") deceased hereby files their amended objections to Defendants' Exhibit List (Doc. No. 79).

**I.**

**OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS**

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| 1. | HPD Offense Reports BS #000001-000208 | Hearsay<br>Hearsay within Hearsay<br>Confusing<br>Misleading<br>Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| 2. | Houston Forensic Science Lab Reports, BS#000209-000255 | Hearsay; Confusing Misleading Prejudice Prejudice FRE 701 FRE 702 FRE 703 | ☐ Sustained ☐ Overruled ☐ Modified |
| 3. | Crime Scene Photos of Revolver, BS#000256-000258 | Hearsay; Confusing Misleading Prejudice Crime Scene Photos not produced despite multiple requests 26(a)(3)(c) | ☐ Sustained ☐ Overruled ☐ Modified |
| 4. | Officer Kyle Drey T Cole Records BS #000977-000993 | Hearsay; FRE 402 FRE 403 | ☐ Sustained ☐ Overruled ☐ Modified |
| 5. | Officer Kyle Drey Training Records, BS #000994-001007 | Hearsay; Not relevant FRE 402 FRE 403 | ☐ Sustained ☐ Overruled ☐ Modified |
| 6. | Houston Forensic Science DNA Lab Report, BS#002804-002807 | Hearsay; Confusing Misleading Prejudice FRE 701 FRE 702 FRE 703 | ☐ Sustained ☐ Overruled ☐ Modified |
| 7. | Officer Rincones Statement, BS #000339-000340 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained ☐ Overruled ☐ Modified |
| 8. | Officer Kyle Drey Statement, BS #000341-000343 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained ☐ Overruled ☐ Modified |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| 9. | Officer Steven Hamala Statement, BS #000337-000339 | Hearsay Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 10. | Houston Special Investigation Unit File, BS #001487-001872 | Hearsay Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 11. | HPD General Orders, BS #002358-002422 | | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 12. | Officer Ballard BWC BS#001475 | Hearsay Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 13. | Officer Rincones BWC BS#001478 | Hearsay Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 14. | Officer Dexter BWC BS#001479 | Hearsay Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 15. | Officer Evans BWC BS #001476 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 16. | Officer Garza BWC BS#001477 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 17. | Officer Holland BWC BS#001483 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 18. | Officer Jesse Seay BWC BS#001484 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |

| DEFENDANTS EXHIBIT NO. | DESCRIPTION/BATES NO. | PLAINTIFF'S OBJECTIONS | RULING |
|---|---|---|---|
| 19. | Officer Hudeck BWC BS#1480 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 20. | Officer Garrett BWC BS#1481 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 21. | Officer Sutton BWC BS#1482 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 22. | Officer Giles BWC BS#1474 | Hearsay; Confusing Misleading Prejudice | ☐ Sustained<br>☐ Overruled<br>☐ Modified |
| 23. | HPOU Meet and Confer | Hearsay; FRE 402 FRE 403 | ☐ Sustained<br>☐ Overruled<br>☐ Modified |

Respectfully submitted,

By: /s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714
**WASHINGTON LAW FIRM, P.C.**
325 N. St. Paul, Suite 3950
Dallas, Texas 75201
(214) 880-4883 – Telephone
(214) 751-6685 – Facsimile
Email: dwashington@dwashlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on, the foregoing pleading was filed on August 8, 2025, with the clerk of The Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of The Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

    /s/Daryl K. Washington
DARYL K. WASHINGTON