IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES SAMUEL, individually and on behalf of the estate of JULIUS PAYE KEHYEI, DECEDENT, et al. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-2900 JURY TRIAL DEMANDED |
| CITY OF HOUSTON, TEXAS, et al. | § § § | |
| Defendants. | § § | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' CORRESPONDENCE TO THE COURT

COME NOW, Delores Samuel and Maya Thorn, as next friend of S.T., and on behalf of the estate of Julius Paye Kehyei ("Kehyei"), decedent, and provide a brief response to Defendants' correspondence to the Court as follows:

1.     On September 28, 2025, the Plaintiffs provided the Defendants with a fully executed copy of the settlement agreement after finally receiving a word version of the settlement agreement.[1]

2.     On December 5, 2025, after signing the agreement in September, counsel for Plaintiffs requested a status of the payment. [2]

3.     On the same day, counsel for Defendant sent Alexander Garcia another email inquiring about the status of the settlement payment.[3]

---

[1] See email to Alexander Garcia dated September 28, 2025.
[2] See email to Alexander Garcia dated December 5, 2025.
[3] See email to Alexander Garcia dated December 5, 2025.

4.      On December 17, 2025, counsel for Plaintiff sent another email to Alexander Garcia requesting an update on the status of the settlement payment.[4]

5.      On January 8, 2026, Plaintiffs' counsel once again sent an email to Alexander Garcia requesting an update on the status of the settlement payment.[5] Plaintiffs did not receive the settlement payment for another month.

6.      After multiple discussions with the guardian of the minor Plaintiff, it was determined that it would be in the best interest of the child to structure the settlement payment so that the funds would be protected until the minor reaches the age of majority.  The funds would be invested in a college plan and would have provided the minor Plaintiff with money to attend college after she graduated from high school.  This would simply require the City to re-issue payment directly to the chosen plan.  The Defendants would not be harmed or prejudiced in any manner by simply re-issuing the check directly to the chosen plan on behalf of the minor Plaintiff.

Respectfully Submitted,

By:/s/  Daryl K. Washington
**Daryl K. Washington**
TX Bar No. 24013714
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214-880-4883 (P)
214-751-6685 (F)
dwashington@dwashlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

---

[4] See email to Alexander Garcia dated December 17, 2025.
[5] See email to Alexander Garcia dated January 8, 2026.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ Daryl K. Washington
DARYL K. WASHINGTON