United States District Court
Southern District of Texas
ENTERED
June 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DELORES SAMUEL, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-02900** |
| | § | |
| **CITY OF HOUSTON, TEXAS, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON MOTION TO STAY**

Before the Court is Defendant the City of Houston's Motion to Stay (ECF No. 109) pending the Court's ruling on Defendant's contemporaneously filed Motion to Vacate. The Court concludes that the Motion should be **GRANTED**. Enforcement of this Court's June 15, 2026 Order (ECF No. 108) is therefore **STAYED** pending the Court's ruling on Defendant's Motion to Vacate.

Plaintiffs are **ORDERED** to file a response to the Motion to Vacate within 21 days.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 26, 2026.

Keith P. Ellison
United States District Judge